ENTERED NOV 0 4 2014

STATE OF MAINE
KENNEBEC, SS.

SUPERIOR COURT
Criminal Matter
Docket No. CR-2014-524

KEN-DEB-08-13-14

STATE OF MAINE          )
                        )
                        )
                        )
                        )
        v.              )          **ORDER ON MOTION TO SUPPRESS**
                        )
                        )
CHRISTOPHER D. BROWN,   )
            Defendant.  )

A hearing was held on the Defendant's Motion to Suppress on August 6, 2014. At the conclusion of the hearing, the Defendant conceded that the stop of his vehicle and his subsequent investigatory detention were lawful because the stop and detention were based on reasonable articulable suspicion. The Defendant also conceded that there existed probable cause for his arrest for operating under the influence and criminal speed. The one issue left for determination by the court was whether the questioning of the Defendant concerning his level of intoxication and driving that day constituted custodial interrogation.

In State vs. Griffin, 459 A.2d 1086, 1089, the Law Court held that it is within the reasonable scope of an investigatory stop for an officer to ask the suspect person to come out of his car and join him in the police cruiser to answer questions and that such police request and submission thereto are not to be equated to an arrest. In this case, the Defendant was briefly questioned at roadside outside of any vehicle after the conclusion of the field sobriety tests. Though the officer had probable cause to arrest the Defendant at that time, that information had not been communicated to the Defendant and no formal arrest had been made. The brief pre-arrest questioning did not convert the investigatory stop into a *de facto* arrest and the Defendant was not subjected to custodial interrogation. Therefore, the Defendant's Motion to Suppress is DENIED[1].

Dated: August 13, 2014

JUSTICE, MAINE SUPERIOR COURT

---

[1] It is not currently before the court as to whether the questions asked and answers given by the Defendant are relevant, pursuant to M.R.E. 402, or should be excluded pursuant to M.R.E. 403.

STATE OF MAINE
   vs
CHRISTOPHER D BROWN
1  LORD RD
W. .E ME 04284

DOB: 10/04/1985
Attorney: NICHOLAS WORDEN
         PARADIE SHERMAN & WORDEN
         11 LISBON ST SUITE 202
         LEWISTON ME 04240
         APPOINTED 05/07/2014

SUPERIOR COURT
KENNEBEC, ss.
Docket No  AUGSC-CR-2014-00524

**DOCKET RECORD**

State's Attorney: MAEGHAN MALONEY

## Charge(s)

**1   OPERATING UNDER THE INFLUENCE           03/16/2014 WAYNE**
**Seq 11493 29-A  2411(1-A)(A)          Class D**
**   BUCKNAM              / KEN**

**2   MOTOR VEHICLE SPEEDING: 30+ MPH OVER SPEED 03/16/2014 WAYNE**
**    LIMIT**
**Seq 1147  29-A  2074(3)          Class E**

## Docket Events:

05/21/2014 Charge(s): 1,2
           TRANSFER -  TRANSFER FOR JURY TRIAL EDI ON 05/21/2014 at 04:34 p.m.

           TRANSFERRED CASE: SENDING COURT CASEID AUGDCCR201400370
           FILING DOCUMENT -  CASH BAIL BOND FILED ON 03/17/2014

           Charge(s): 1,2
           HEARING -  ARRAIGNMENT SCHEDULED FOR 05/07/2014 at 08:30 a.m. in Room No.  1

           NOTICE TO PARTIES/COUNSEL
           Charge(s): 1,2
           HEARING -  ARRAIGNMENT HELD ON 05/07/2014
           BETH  DOBSON , JUDGE
           DEFENDANT INFORMED OF CHARGES.  21 DAYS TO FILE MOTIONS
           BAIL BOND - $300.00 CASH BAIL BOND FILED ON 03/17/2014

           BAIL BOND -  CASH BAIL BOND DISBURSEMENT ON 05/21/2014

           Charge(s): 1,2
           SUPPLEMENTAL FILING -  COMPLAINT FILED ON 04/25/2014

           MOTION -  MOTION FOR APPOINTMENT OF CNSL FILED BY DEFENDANT ON 05/07/2014

           MOTION -  MOTION FOR APPOINTMENT OF CNSL GRANTED ON 05/07/2014
           BETH  DOBSON , JUDGE
           COPY TO PARTIES/COUNSEL
           Charge(s): 1,2
           PLEA -  NOT GUILTY ENTERED BY DEFENDANT ON 05/07/2014

TRIAL -  BENCH SCHEDULED FOR 06/19/2014 at 08:30 a.m. in Room No.  1

NOTICE TO PARTIES/COUNSEL
TRIAL -  BENCH NOT HELD ON 05/16/2014


TRIAL -  BENCH NOTICE SENT ON 05/13/2014


Party(s):  CHRISTOPHER D BROWN
ATTORNEY -  APPOINTED ORDERED ON 05/07/2014


Attorney:  NICHOLAS WORDEN
Charge(s): 1,2
TRANSFER -  TRANSFER FOR JURY TRIAL GRANTED ON 05/21/2014


Charge(s): 1,2
TRANSFER -  TRANSFER FOR JURY TRIAL REQUESTED ON 05/16/2014


Charge(s): 1,2
FINDING -  TRANSFER FOR JURY TRIAL TRANSFERRED ON 05/21/2014


AUGSC
05/23/2014 Charge(s): 1,2
TRANSFER -  TRANSFER FOR JURY TRIAL RECVD BY COURT ON 05/23/2014


AUGDC 14-370
05/23/2014 TRIAL -  DOCKET CALL SCHEDULED FOR 08/05/2014 at 03:15 p.m.

0.  3/2014 BAIL BOND - $300.00 CASH BAIL BOND FILED ON 05/23/2014

Bail Receipt Type: CR
Bail Amt:  $300
                              Receipt Type: CK
Date Bailed: 03/16/2014       Prvdr Name: DIANA  BROWN
                              Rtrn Name: DIANE  BROWN


06/02/2014 MOTION -  MOTION FOR ENLARGEMENT OF TIME FILED BY DEFENDANT ON 06/02/2014

06/02/2014 MOTION -  MOTION TO SUPPRESS EVIDENCE FILED BY DEFENDANT ON 06/02/2014

06/26/2014 HEARING -  MOTION TO SUPPRESS EVIDENCE SCHEDULED FOR 08/05/2014 at 03:15 p.m.

           NOTICE  TO PARTIES/COUNSEL
07/03/2014 Charge(s): 1,2
           MOTION -  MOTION FOR DISCOVERY FILED BY DEFENDANT ON 07/03/2014

07/03/2014 HEARING -  MOTION FOR DISCOVERY SCHEDULED FOR 08/06/2014 at 08:30 a.m.

           NOTICE  TO PARTIES/COUNSEL
07/03/2014 HEARING -  MOTION FOR DISCOVERY NOTICE SENT ON 07/08/2014

08/05/2014 HEARING -  MOTION TO SUPPRESS EVIDENCE CONTINUED ON 08/05/2014

0    5/2014 HEARING -  MOTION TO SUPPRESS EVIDENCE SCHEDULED FOR 08/06/2014 at 08:30 a.m.

NOTICE   TO PARTIES/COUNSEL
08/05/2014 TRIAL -  DOCKET CALL HELD ON 08/05/2014
         DANIEL E BILLINGS , JUSTICE
         Defendant Present in Court
08/05/2014 Charge(s): 1,2
         TRIAL -  DOCKET CALL SCHEDULED FOR 09/03/2014 at 03:15 p.m.


08/07/2014 ORDER -  TRANSCRIPT ORDER FILED ON 08/06/2014

         Attorney:  ADAM SHERMAN
         REQUEST FOR TRANSCRIPT OF MOTION TO SUPPRESS HEARING              COPY OF MOTION
         FOR TRANSCRIPT SENT TO DEFENSE ATTORNEY TO BE COMPLETED
08/11/2014 HEARING -  MOTION TO SUPPRESS EVIDENCE CONTINUED ON 08/06/2014


08/11/2014 HEARING -  MOTION TO SUPPRESS EVIDENCE SCHEDULED FOR 09/03/2014 at 03:15 p.m.

         NOTICE   TO PARTIES/COUNSEL
08/11/2014 HEARING -  MOTION FOR DISCOVERY CONTINUED ON 08/06/2014


08/11/2014 HEARING -  MOTION FOR DISCOVERY SCHEDULED FOR 09/03/2014 at 03:15 p.m.

         NOTICE   TO PARTIES/COUNSEL
08/13/2014 HEARING -  MOTION TO SUPPRESS EVIDENCE NOT HELD ON 08/13/2014


08/13/2014 MOTION -  MOTION TO SUPPRESS EVIDENCE DENIED ON 08/13/2014
         DANIEL E BILLINGS , JUSTICE
         COPY TO PARTIES/COUNSEL
08/13/2014 ORDER -  COURT ORDER FILED ON 08/13/2014
         DANIEL E BILLINGS , JUSTICE
         ORDER ON MOTION TO SUPPRESS

A TRUE COPY
ATTEST:  _____
                  Clerk